BEFORE THE SECOND DIVISION, AUGUST 19, 1944

**No. 49677.**—Protests 560472–G, etc., of Barz & Olin et al. (New York).

Opinion by TILSON, J. The record showed that the hats in question consist of unglazed 8-bu. hats similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), which record was admitted in evidence herein. In accordance therewith the claim at 25 percent under paragraph 1504 (b) (5) was sustained.

**No. 49678.**—Protests 601573–G, etc., of T. A. Desmond Co., Inc. (New York).

Opinion by TILSON, J. From the record it was found that the hats are similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664). Those hats imported and withdrawn for consumption prior to the effective date of the Netherlands Trade Agreement were held dutiable at 25 percent ad valorem under paragraph 1504 (b) (5), and those subsequent to said date were held dutiable at 12½ percent under paragraph 1504 (b) (5) and T. D. 48075, *supra*.